In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00004-CV

_____


IN RE TYRONE GILBERT

_____

Original Proceeding
60th District Court of Jefferson County, Texas
Trial Cause No. B-197,361

_____

MEMORANDUM OPINION

Relator Tyrone Gilbert filed a petition for writ of mandamus, in which he asks this Court to compel the court coordinator for the 60th District Court to file Gilbert's interrogatories. Gilbert contends the court coordinator has a ministerial duty to bring Gilbert's discovery filings and related motions to the attention of the trial court. Gilbert has failed to demonstrate that the exercise of our mandamus jurisdiction would be appropriate. *See generally* Tex. Gov't Code Ann. § 22.221(a), (b) (West 2004). Accordingly, we deny relief on the petition for writ of mandamus.

1

PETITION DENIED.

PER CURIAM

Submitted on January 18, 2017
Opinion Delivered January 19, 2017

Before McKeithen, C.J., Kreger and Johnson, JJ.